

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2015

No. 04-14-00906-CV

David **MAUK**,
Appellant

v.

**PIPE CREEK WATER WELL, LLC** and Robert Rae Powell,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00386
Honorable Richard Price, Judge Presiding

# O R D E R

The following appeal is set for submission ON BRIEFS ONLY on April 15, 2015 before a panel consisting of Justice Barnard, Justice Alvarez, and Justice Chapa. The appellant's request for oral argument is DENIED.

It is so ORDERED on this 16th day of March, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court